ECKHART, Appellant, *v.* DEVINE, Respondent.

*(Common Pleas of New York City and County, General Term.* May 5, 1890.)

Appeal from eighth district court.

Argued before LARREMORE, C. J., and BOOKSTAVER, J.

*M. K. McCarten,* for appellant.   *Thompson, Ackley & Kauffmann,* for respondent.

No opinion.   Ordered that the judgment be affirmed, with costs.

---

FOX, Respondent, *v.* WOLSKY, Appellant

*(Common Pleas of New York City and County, General Term.* May 5, 1890.)

Appeal from third district court.

Argued before LARREMORE, C. J., and BOOKSTAVER, J.

*J. C. Fraser,* for appellant.   *H. Joseph,* for respondent.

No opinion.   Ordered that the judgment be affirmed, with costs.

---

GOLDSTEIN, Respondent, *v.* STERN, Appellant.

*(Common Pleas of New York City and County, General Term.* May 5, 1890.)

Appeal from city court of New York, general term.

Argued before LARREMORE, C. J., and BOOKSTAVER, J.

*S. F. Hyman,* for appellant.   *M. E. Goodhart,* for respondent.

No opinion.   Appeal dismissed, with costs.   See ante, 74.

---

RANDRUP, Respondent, *v.* FERRIS, Appellant.

*(Common Pleas of New York City and County, General Term.* May 5, 1890.)

Appeal from third district court.

Argued before LARREMORE, C. J., and BOOKSTAVER, J.

*T. H. Baldwin,* for appellant.   *W. F. Browne,* for respondent.

No opinion.   Judgment reversed, new trial ordered, costs to abide the event.

---

FARRELL, Respondent, v. BERNHARD, Appellant.

*(Common Pleas of New York City and County, General Term.* May 6, 1890.)

Appeal from second district court.

Argued before LARREMORE, C. J., and BOOKSTAVER, J.

*H. D. Pryibil,* for appellant.   *Douglas & Minton,* for respondent.

No opinion.   Judgment affirmed, with costs.

---

FREUND, Respondent, *v.* SCHLAVSKY, Appellant.

*(Common Pleas of New York City and County, General Term.* May 6, 1890.)

Appeal from fifth district court.

Argued before LARREMORE, C. J., and BOOKSTAVER, J.

*A. H. Berrick,* for respondent.

No opinion.   Judgment affirmed, with costs.

---

FRIEDRICH, Appellant, *v.* EXCHANGE BANK OF BATH COUNTY, Respondent.

*(Common Pleas of New York City and County, General Term.* May 6, 1890.)

Appeal from third district court.

Argued before LARREMORE, C. J., and BOOKSTAVER, J.

*J. L. Taylor,* for appellant.   *H. C. Kudlich,* for respondent.

No opinion.   Judgment affirmed, with costs.